## UNITED STATES BANKRUPTCY COURT

In re:  Goldking Onshore Operating, LLC

Case No. 13-37201
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such

---

### 1. Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

---

### 3. Payments to creditors

None ☑ a. Individual or joint debtor(s) with primary consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. Debtor whose debts are not primary consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,850. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| SEE EXHIBIT 3B | | | |

None ☐ c. All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| SEE EXHIBIT 3C | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GOLDKING ONSHORE OPERATING, LLC AND GOLDKING HOLDINGS, LLC V. LEONARD C. TALLERINE, JR., GOLDKING ENERGY CORPORATION, GOLDKING ENERGY PARTNERS I, LP, GOLDKING ENERGY PARTNERS II, LLC, GOLDKING CAPITAL MANAGEMENT, LLC, ET AL. CASE NO.  13-08724

SEE RESPONSE TO 17A | WRONGFUL CONDUCT/FRAUD | HARRIS COUNTY, TEXAS | OPEN |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑

a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| (2) 400 BBL WELDED TANKS WITH WALKWAYS & STAIRS AND (3) 1500 BBL BOLTED TANKS WITH WALKWAYS AND STAIRS $457,000.00 | EXPLOSION AND FIRE LOSS AT ORANGE GROVE FACILITY - LOSS COVERED AT 75% OR $46,839.03<br><br>TOTAL DAMAGES OF $87,452.04 | 10/20/2011 |

| LIVE OAK OIL FIELD | PROPERTY DAMAGE CAUSED BY OIL SPILL, | 6/11/2013 |
| VALUE - UNKNOWN | COVERED IN PART BY INSURANCE | |

## 9. Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

SEE GLOBAL NOTES REGARDING
INTERCOMPANY TRANSFERS

None ☑

b. List all other property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OR TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| LEONARD TALLERINE | SAFE AND FURNITURE (CREDENZA) | 777 WALKER ST., STE. 2500, HOUSTON, TX 77002 |

**15. Prior address of debtor**

None ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 910 LOUISIANA ST., STE. 5030 HOUSTON, TX  77002 | | 03/03/2010 - 12/10/2010 |

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENT UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| | | | |
|---|---|---|---|
| CL&F 8 #1 PRODUCTION FACILITY 15.5 MILES SOUTHWEST OF GIBSON, TERRBONNE PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| EEX CORP PRODUCTION FACILITY 6 WILES WEST OF BAYOU SORREL, IBERVILLE PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| ELLENDER ENTERPRISES PRODUCTION FACILITY 3 MILES NORTH OF HOUMA, TERREBONNE PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| GODCHAUX BROS #1 TANK BATTERY 11.5 MILES SOUTH OF ABBEVILLE, VERMILION PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| GODCHAUX SWD NO. 005 - SN 57873 COMPLIANCE ORDER NO. E-I&E-13-0552 LIVE OAK FIELD - FC 6116 VERMILION PARISH, LA. | LOUISIANA DEPARTMENT OF NATURAL RESOURCES OFFICE OF CONSERVATION P.O. BOX 94275 BATON ROUGE, LA 70804-9275 | 7/29/2013 | LSA-R.S.30-1 ET SEQ, UNDER SPECIFIC AUTHORITY SET FORTH IN SECTIOINS 6G AND 18 THEREOF. |

| | | | |
|---|---|---|---|
| KENT BAYOU PRODUCTION FACILITY 8.3 MILES SOUTH OF GIBSON, TERREBONNE PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| LAWSON #1 PRODUCTION FACILITY ON PARISH ROAD 6-37 IN CROWLEY, ACADIA PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| LIVE OAK FIELD CENTRAL FACILITY 3.8 MILES NORTHEAST OF INTERCOASTAL CITY, VERMILION PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| N T LANTHIER ET AL #1 ALT FACILITY 5.4 MILES NORTHWEST OF LAKE ARTHUR, JEFFERSON DAVIS PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| N T LANTHIER ET AL #2 ALT FACILITY 5.4 MILES NORTHWEST OF LAKE ARTHUR, JEFFERSON DAVIS PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |

| | | | |
|---|---|---|---|
| ORANGE GROVE FIELD FACILITY - ORANGE GROVE FIELD 6.1 MILES SOUTHWEST OF HOUMA, TERREBONNE PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |
| STATE TRACT 186, ARANSAS BAY - NINE MILE POINT FIELD 6.5 MILES SOUTH OF FULTON, ARANSAS COUNTY, TX | TEXAS GENERAL LAND OFFICE P.O. BOX 12873 AUSTIN, TX 78711-2873 | 10/26/2011 | OIL SPILL PREVENTION AND RESPONSE ACT OF 1991 ("OSPRA"), TEXAS NATURAL RESOURCES CODE, CHAPTER 40.  SPILL NO. 2011-2484.  OIL POLLUTION INCIDENT OCCURRED 8/18/2011. |
| SUA;WYLIE CORP ETAL NO. 001 - SN 243304 - ORANGE GROVE FIELD - FC 7150 TERREBONNE PARISH, LA - 6.1 MILES SOUTHWEST OF HOUMA, TERREBONNE PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF CONSERVATION P.O. BOX 94275 BATON ROUGE, LA 70804-9275 | 5/22/2013 | LSA-R.S.30-1 ET SEQ, UNDER SPECIFIC AUTHORITY SET FORTH IN SECTIOINS 6G AND 18 THEREOF. P&A OF WELLBORE EQUIPMENT & STRUCTURES NOT COMPLETED. |
| VUA LL&E 6 PRODUCTION FACILITY 19 MILES SOUTHWEST OF GIBSON, TERREBONNE PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 5/8/2013 | FACILITIES OPERATED WITHOUT AN AIR PERMIT |

None ☐   b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENT UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| GODCHAUX SWD NO. 005 - SN 57873, LIVE OAK FIELD FC 6116 VERMILION PARISH, LA. | LOUISIANA DEPARTMENT OF NATURAL RESOURCES OFFICE OF CONSERVATION P.O. BOX 94275 BATON ROUGE, LA 70804-9275 | 6/24/2013 | OIL POLLUTION INCIDENT OCCURRED |

| | | | |
|---|---|---|---|
| NMP NO. 15, ARANSAS BAY - NINE MILE POINT FIELD 5 MILES SOUTH OF FULTON, ARANSAS COUNTY, TX | COAST GUARD COMMANDING OFFICER SECTOR CORPUS CHRISTI 555 N. CARANCAHUA STE. 500 CORPUS CHRISTI, TX 78478 & TEXAS GENERAL LAND OFFICE P.O. BOX 12873 AUSTIN, TX 78711-2873 | 5/30/2013 | OIL POLLUTION THREATENED DISCHARGE |
| PALMETTO BAYOU FACILITY FLARE SCRUBBER - NRC NO. 1021674 - PALMETTO BAYOU FIELD 28.5 MILES SOUTHWEST OF HOUMA, TERREBONNE PARISH, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE P.O. BOX 4312 BATON ROUGE, LA 70821 | 8/20/2012 | OIL POLLUTION INCIDENT OCCURRED |
| STATE TRACT 186, ARANSAS BAY - NINE MILE POINT FIELD 6.5 MILES SOUTH OF FULTON, ARANSAS COUNTY, TX | COAST GUARD COMMANDING OFFICER SECTOR CORPUS CHRISTI 555 N. CARANCAHUA STE. 500 CORPUS CHRISTI, TX 78478 & TEXAS GENERAL LAND OFFICE P.O. BOX 12873 AUSTIN, TX 78711-2873 | 8/18/2011 | OIL POLLUTION INCIDENT OCCURRED |

None
☐

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENT UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF CONSERVATION P.O. BOX 94275 BATON ROUGE, LA 70804-9275 | COMPLIANCE ORDER E-I&E-13-0383 WORK ASSOCIATED WITH THIS ISSUE WAS COMPLETED DURING JUNE 2013. NO FURTHER COMMUNICATIONS FROM LADEQ HAVE BEEN RECEIVED. | PENDING |

| LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY OFFICE OF ENVIRONMENTAL COMPLIANCE, ENFORCEMENT DIVISION P.O. BOX 4312 BATON ROUGE, LA 70821-4312 | ENFORCEMENT TRACKING NO. AE-CN-12-00373 | PENDING |
|---|---|---|
| | AGENCY INTEREST NOS. 25979, 33010, 101496, 101588, 110668, 118206, 119177, 122267, 147901, 161977, & 161978 | |

### 18. Nature, location and name of business

None ☒ a  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case. If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case. If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR INDIVIDUAL TAXPAYER-ID NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

None ☒ b  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATE SERVICES RENDERED |
|---|---|
| DENNA M. RAMSEY, ASSISTANT VICE PRESIDENT/ASSISTANT TREASURER 777 WALKER ST., STE. 2500 HOUSTON, TX  77002 | 6/1/2010 - 12/19/2012 |
| DONNA MCCULLOCH, SENIOR ACCOUNTANT 777 WALKER ST., STE. 2500 HOUSTON, TX  77002 | 6/1/2010 - 2/28/2013 |

| | |
|---|---|
| EDWARD J. HEBERT, CHIEF EXECUTIVE OFFICER<br>777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 | 10/1/2011 - CURRENT |
| KEN CLEVELAND, CONTROLLER<br>777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 | 6/1/2010 - CURRENT |
| MAYRA CASTOR, STAFF ACCOUNTANT<br>777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 | 6/1/2010 - CURRENT |
| PAUL CULOTTA, SENIOR VICE PRESIDENT,<br>CORPORATE PLANNING<br>777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 | 6/1/2010 - 9/30/2011 |
| RODNEY HOLLOWAY, REVENUE ACCOUNTANT<br>777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 | 6/1/2010 - CURRENT |

---

None ☐   b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|---|---|---|
| HEIN & ASSOCIATES LLP | 500 DALLAS ST., STE. 2900<br>HOUSTON, TX  77002 | 2011 |

---

None ☐   c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| EDWARD J. HEBERT, CHIEF EXECUTIVE OFFICER | 777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 |
| KEN CLEVELAND, CONTROLLER | 777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 |
| MAYRA CASTOR, STAFF ACCOUNTANT | 777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 |
| RODNEY HOLLOWAY, REVENUE ACCOUNTANT | 777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 |

---

None ☐   d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| BANK OF AMERICA<br>901 MAIN STREET, 66TH FLOOR<br>DALLAS, TX  75202 | QUARTERLY |
| PARKMAN WHALING<br>600 TRAVIS, SUITE 600<br>HOUSTON, TX  77253 | FIRST QUARTER 2013 |
| WAYZATA INVESTMENT PARTNERS<br>701 EAST LAKE STREET, STE. 300<br>WAYZATA, MN  55391 | MONTHLY |

---

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specific cost, market or other basis) |
|---|---|---|
| | SEE SCHEDULE B30 FOR GOLDKING RESOURCES, LLC - NO OTHER INVENTORIES OF PROPERTY TAKEN | |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| GOLDKING HOLDINGS, LLC 777 WALKER ST., STE. 2500 HOUSTON, TX  77002 | N/A | LLC MEMBERSHIP INTEREST 100% |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| LEONARD C. TALLERINE, JR. 3620 INVERNESS DRIVE HOUSTON, TX  77019 | PREVIOUS PRESIDENT & CHIEF EXECUTIVE OFFICER AND MEMBER OF THE BOARD OF MANAGERS | 12/17/2012 |

| JAMES R. WIBLE<br>6318 CRAB ORCHARD ROAD<br>HOUSTON, TX  77057 | PREVIOUS SENIOR VICE<br>PRESIDENT - DRILLING &<br>OPERATIONS | 1/10/2013 |
| WHITNEY L. BELANGER<br>1800 BUTTERNUT AVENUE<br>METAIRIE, LA  70003 | PREVIOUS SENIOR VICE<br>PRESIDENT - RESERVOIR<br>ENGINEERING | 5/15/2013 |
| STEVE J. VENTURATOS<br>6230 CORAL RIDGE ROAD<br>HOUSTON, TX  77069 | PREVIOUS SENIOR VICE<br>PRESIDENT - LAND &<br>MARKETING | 6/15/2013 |
| BLAKE CARLSON<br>701 EAST LAKE STREET, STE. 300<br>WAYZATA, MN  55391 | PREVIOUS MEMBER OF<br>THE BOARD OF<br>MANAGERS | 10/10/2013 |
| MIKE STRAIN<br>701 EAST LAKE STREET, STE. 300<br>WAYZATA, MN  55391 | PREVIOUS CHIEF<br>EXECUTIVE OFFICER<br>AND MEMBER OF THE<br>BOARD OF MANAGERS | 10/10/2013 |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF<br>RECIPIENT,  RELATIONSHIP<br>TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
| --- | --- | --- |
| SEE RESPONSE TO 3C | | |

## 24. Tax Consolidation Group

None ☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| GOLDKING HOLDINGS, LLC<br>777 WALKER ST., STE. 2500<br>HOUSTON, TX  77002 | 27-2052614 |

## 25. Pension Funds

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of
                         Debtor          _____

Date _____    Signature
                         of Joint Debtor
                         (if any)        _____

_____

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  December 20, 2013    Signature _____

                           Print Name   EDWARD J. HEBERT
                           and Title    CHIEF EXECUTIVE OFFICER

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

_____

## Statement of Financial Affairs - Exhibit 3b

### Goldking Onshore Operating, LLC   13-37201

| Claimant | Check Number | Check Date | Check Amount |
|----------|-------------|------------|-------------|
| ALERT SYSTEM TECHNOLOGIES, LLC<br>117 ARABIAN DR.<br>LAFAYETTE, LA  70507 | 8285 | 08/20/2013 | $1,133.60 |
| | 8339 | 08/29/2013 | $466.55 |
| | 8403 | 09/25/2013 | $758.20 |
| | 8431 | 10/04/2013 | $711.16 |
| | 8482 | 10/23/2013 | $7,107.61 |
| | | | **$10,177.12** |
| ANTILL PIPELINE CONSTRUCTION CO., INC.<br>P.O. BOX 3897<br>HOUMA, LA  70361 | 8242 | 08/14/2013 | $38,527.99 |
| | | | **$38,527.99** |
| APACHE CORPORATION<br>P O BOX 840133<br>DALLAS, TX  75284-0133 | 10775 | 08/29/2013 | $1,142.94 |
| | 11096 | 09/25/2013 | $995.05 |
| | 11176 | 10/25/2013 | $19,542.00 |
| | | | **$21,679.99** |
| APACHE LOUISIANA MINERALS LLC<br>P O BOX 840071<br>DALLAS, TX  75284 | 8480 | 10/22/2013 | $20,000.00 |
| | | | **$20,000.00** |
| AVIATION SPECIALISTS, INC.<br>6253 AIRPORT INDUSTRIAL BLVD.<br>GONZALES, LA  70737 | 8289 | 08/20/2013 | $1,600.00 |
| | 8358 | 09/11/2013 | $2,000.00 |
| | 8488 | 10/23/2013 | $3,600.00 |
| | | | **$7,200.00** |
| BAPTIST FOUNDATION OF TEXAS<br>1601 ELM STREET, STE 1700<br>DALLAS, TX  75201-7244 | 10781 | 08/29/2013 | $8,945.73 |
| | 11098 | 09/25/2013 | $11,141.99 |
| | 11181 | 10/25/2013 | $8,020.11 |
| | | | **$28,107.83** |
| BERRY BROS. GENERAL CONTRACTORS, INC.<br>PO BOX 253<br>BERWICK, LA  70342 | 8244 | 08/14/2013 | $5,884.70 |
| | 8290 | 08/20/2013 | $31,523.00 |
| | 8491 | 10/23/2013 | $4,352.40 |
| | | | **$41,760.10** |
| BLACK STONE MINERALS CO, LP<br>PO BOX 201709<br>HOUSTON, TX  77216-1709 | 10790 | 08/29/2013 | $2,702.02 |
| | 11101 | 09/25/2013 | $4,117.93 |
| | 11186 | 10/25/2013 | $3,042.27 |
| | | | **$9,862.22** |
| BP AMERICA PRODUCTION COMPANY<br>P. O. BOX 277897<br>ATLANTA, GA  30384-7985 | 10795 | 08/29/2013 | $30,837.27 |
| | 11102 | 09/25/2013 | $7,569.33 |
| | 11191 | 10/25/2013 | $23,225.39 |
| | | | **$61,631.99** |
| BUSYCON PROPERTIES LLC<br>P.O. BOX 731959<br>DALLAS, TX  75373-1959 | 8291 | 08/20/2013 | $28,711.03 |
| | 8408 | 09/25/2013 | $35,198.91 |
| | | | **$63,909.94** |
| CANEYHEAD CONSTRUCTION & TRANSPORTATION, INC.<br>5543 JIM BURNS RD.<br>SILBEE, TX  77656 | 8495 | 10/23/2013 | $7,991.50 |
| | | | **$7,991.50** |

**Statement of Financial Affairs - Exhibit 3b**

**Goldking Onshore Operating, LLC   13-37201**

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| CDM RESOURCE MANAGEMENT LLC | 8245 | 08/14/2013 | $2,067.85 |
| P. O. BOX 209034 | 8294 | 08/20/2013 | $39,496.88 |
| DALLAS, TX  75320-9034 | | | |
| | | | **$41,564.73** |
| CL & F RESOURCES LP | 10817 | 08/29/2013 | $36,478.18 |
| P O BOX 4438 | 11107 | 09/25/2013 | $32,053.61 |
| HOUSTON, TX  77210-4438 | 11210 | 10/25/2013 | $34,398.38 |
| | | | **$102,930.17** |
| COCHRAN PROP. TAX SERVICE INC. | 8412 | 09/25/2013 | $10,450.00 |
| DBA COCHRAN & COMPANY | | | **$10,450.00** |
| 13636 BRETON RIDGE, SUITE D | | | |
| HOUSTON, TX  77070-5817 | | | |
| COLLARINI ENERGY STAFFING INC. | 8298 | 08/20/2013 | $11,880.00 |
| 10497 TOWN AND COUNTRY WAY | 8434 | 10/04/2013 | $16,267.50 |
| SUITE 950 | 8499 | 10/23/2013 | $45,537.88 |
| HOUSTON, TX  77024 | | | |
| | | | **$73,685.38** |
| COMERICA | auto debit | 08/31/2013 | $13,697.66 |
| ATTN: DEBBIE LUDWIG | auto debit | 08/31/2013 | $0.01 |
| C/O COMERICA WEALTH MANAGEMENT | auto debit | 09/30/2013 | $757.23 |
| 2575 KIRBY DRIVE | auto debit | 09/30/2013 | $0.01 |
| HOUSTON, TX  77019 | auto debit | 10/31/2013 | $791.84 |
| | | | **$15,246.75** |
| COMPTROLLER OF PUBLIC ACCOUNTS | 81913 | 08/19/2013 | $16,006.44 |
| 111 E 17TH STREET | 91213 | 09/12/2013 | $14,425.16 |
| AUSTIN, TX  78774-0100 | 10113 | 10/18/2013 | $18,035.17 |
| | | | **$48,466.77** |
| CONOCOPHILLIPS COMPANY | 10816 | 08/29/2013 | $2,470.38 |
| ATTN: LEASE GAS/CASH RECEIPTS | 11106 | 09/25/2013 | $2,458.95 |
| 22295 NETWORK PLACE | 11209 | 10/25/2013 | $2,301.83 |
| CHICAGO, IL  60673 | | | |
| | | | **$7,231.16** |
| CONSULTING & FIELD SERVICES | 8295 | 08/20/2013 | $1,474.92 |
| 1600 N. WAVERLY STREET | 8360 | 09/11/2013 | $8,279.09 |
| PONCA CITY, OK  74601 | | | |
| | | | **$9,754.01** |
| CREW LAND RESEARCH, LTD | 8249 | 08/14/2013 | $19,712.50 |
| 2400 AUGUSTA DRIVE | 8299 | 08/20/2013 | $7,600.00 |
| SUITE 360 | 8438 | 10/04/2013 | $12,825.00 |
| HOUSTON, TX  77057 | 8501 | 10/23/2013 | $11,400.00 |
| | | | **$51,537.50** |
| D D CAJUN VENTURES LLC | 10823 | 08/29/2013 | $17,881.51 |
| 1223 SE 47TH TER #2 | 11112 | 09/25/2013 | $18,255.89 |
| CAPE CORAL, FL  33904 | 11220 | 10/25/2013 | $18,726.64 |
| | | | **$54,864.04** |

**Statement of Financial Affairs - Exhibit 3b**

**Goldking Onshore Operating, LLC   13-37201**

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| DANIEL G CHAPMAN | 8296 | 08/20/2013 | $1,935.85 |
| 510 CHIEF H FRED AVE | 8410 | 09/25/2013 | $1,852.95 |
| MAURICE, LA  70555 | 8462 | 10/15/2013 | $1,782.18 |
| | 8550 | 10/25/2013 | $1,157.90 |
| | | | **$6,728.88** |
| DART ENERGY SERVICES | 8250 | 08/14/2013 | $9,565.00 |
| P.O. BOX 842067 | | | |
| BOSTON, MA  02284-2067 | | | **$9,565.00** |
| DAY MINERALS INC | 10822 | 08/29/2013 | $4,060.74 |
| PO BOX 113190 | 11111 | 09/25/2013 | $3,982.43 |
| METAIRIE, LA  70011-3190 | 11218 | 10/25/2013 | $4,414.37 |
| | | | **$12,457.54** |
| DOHERTY STAFFING SOLUTIONS | auto debit | 08/31/2013 | $42,789.94 |
| 7645 METRO BLVD | auto debit | 08/31/2013 | $41,257.88 |
| EDINA, MN  55439 | auto debit | 09/30/2013 | $41,724.65 |
| | auto debit | 09/30/2013 | $39,119.57 |
| | auto debit | 10/31/2013 | $38,793.54 |
| | auto debit | 10/31/2013 | $39,869.60 |
| | | | **$243,555.18** |
| EDF TRADING NORTH AMERICA, LLC | 80613 | 08/06/2013 | $20,847.00 |
| 4700 WEST SAM HOUSTON PKWY N #250 | 90913 | 09/09/2013 | $26,367.00 |
| HOUSTON, TX  77041 | 100713 | 10/07/2013 | $25,455.00 |
| | | | **$72,669.00** |
| EEX OPERATING, LP C/O NEWFIELD | 10827 | 08/29/2013 | $38,257.92 |
| ATTN: MAIL CODE TREAS-HR | | | |
| 4 WATERWAY SQUARE PLACE #100 | | | **$38,257.92** |
| THE WOODLANDS, TX  77380 | | | |
| EILEEN HEMLER BAUR | 10783 | 08/29/2013 | $5,960.48 |
| PO BOX 107 | 11099 | 09/25/2013 | $6,085.29 |
| ST JOSEPH, LA  71366-0107 | 11182 | 10/25/2013 | $6,242.21 |
| | | | **$18,287.98** |
| ENGAS MANAGEMENT CO. | 8301 | 08/20/2013 | $2,125.00 |
| 11 GREENWAY PLAZA | 8414 | 09/25/2013 | $2,150.00 |
| SUITE 2800 | 8463 | 10/15/2013 | $2,175.00 |
| HOUSTON, TX  77046 | | | |
| | | | **$6,450.00** |
| EXTERRAN PARTNERS, L.P. | 8304 | 08/20/2013 | $14,800.48 |
| P. O. BOX 201160 | 8364 | 09/11/2013 | $13,604.20 |
| DALLAS, TX  75320-1160 | | | |
| | | | **$28,404.68** |
| EXXONMOBIL CORPORATION | 10831 | 08/29/2013 | $5,252.62 |
| ACCOUNTS RECEIVABLE | 11114 | 09/25/2013 | $4,973.24 |
| P O BOX 951027 | 11226 | 10/25/2013 | $6,050.50 |
| DALLAS, TX  75395-1027 | | | |
| | | | **$16,276.36** |

**Statement of Financial Affairs - Exhibit 3b**

**Goldking Onshore Operating, LLC   13-37201**

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| FINLEY RESOURCES INC | 10832 | 08/29/2013 | $36,937.72 |
| PO BOX 2200 | 11115 | 09/25/2013 | $40,981.71 |
| FORT WORTH, TX  76113 | 11228 | 10/25/2013 | $42,318.30 |
| | | | **$120,237.73** |
| FLOW PETROLEUM SERVICES, INC. | 8253 | 08/14/2013 | $312.00 |
| P. O. BOX 80008 | 8307 | 08/20/2013 | $2,115.00 |
| LAFAYETTE, LA  70598-0008 | 8505 | 10/23/2013 | $4,461.00 |
| | | | **$6,888.00** |
| FORESTAR (USA) REAL ESTATE | 10836 | 08/29/2013 | $8,341.91 |
| GROUP INC - ATTN: ACCT NAT RES | 11116 | 09/25/2013 | $8,181.02 |
| 6300 BEE CAVE RD,BLD 2,STE500 | 11231 | 10/25/2013 | $9,068.37 |
| AUSTIN, TX  78746 | | | |
| | | | **$25,591.30** |
| G & L WELL SERVICES, INC. | 8254 | 08/14/2013 | $13,322.00 |
| P O BOX 2673 | | | |
| LAFAYETTE, LA  70502 | | | **$13,322.00** |
| GIBBS & BRUNS, LLP | 8310 | 08/20/2013 | $119,748.64 |
| 1100 LOUISIANA | 102913 | 10/29/2013 | $240,000.00 |
| SUITE 5300 | | | |
| HOUSTON, TX  77002-5255 | | | **$359,748.64** |
| GOC OAK, LLC | 10837 | 08/29/2013 | $2,548.20 |
| 8320 NE HIGHWAY 99 | 11117 | 09/25/2013 | $2,604.07 |
| VANCOUVER, WA  98665 | 11238 | 10/25/2013 | $2,680.02 |
| | | | **$7,832.29** |
| GODCHAUX FARM, LLC | 10838 | 08/29/2013 | $29,072.39 |
| 502 FIFTH STREET | 11118 | 09/25/2013 | $28,195.84 |
| ABBEVILLE, LA  70510 | 11239 | 10/25/2013 | $23,740.17 |
| | | | **$81,008.40** |
| GROSSE TETE WELL SERVICES, LLC | 8311 | 08/20/2013 | $33,785.00 |
| 77925 MCBAY ROAD | | | |
| P.O. BOX 422 | | | **$33,785.00** |
| GROSSE TETE, LA  70740 | | | |
| GULF COAST CHEMICAL, LLC | 8257 | 08/14/2013 | $22,095.64 |
| PO BOX 62600 | 8312 | 08/20/2013 | $1,534.34 |
| DEPARTMENT 1443 | 8369 | 09/11/2013 | $24,927.31 |
| NEW ORLEANS, LA  70162-2600 | 8512 | 10/23/2013 | $40,602.78 |
| | | | **$89,160.07** |
| GULF COAST MEASUREMENTS INC. | 8309 | 08/20/2013 | $1,655.87 |
| PO BOX 854 | 8366 | 09/11/2013 | $6,275.18 |
| CYPRESS, TX  77410-0854 | 8506 | 10/23/2013 | $6,910.48 |
| | | | **$14,841.53** |
| HORN PUMPING SERVICES, INC. | 8417 | 09/25/2013 | $11,975.00 |
| 141 FM 82 E | | | |
| CALL, TX  75933 | | | **$11,975.00** |

**Statement of Financial Affairs - Exhibit 3b**

**Goldking Onshore Operating, LLC   13-37201**

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| INTRACOASTAL LIQUID MUD, INC.<br>P. O. BOX 51784<br>LAFAYETTE, LA  70505 | 8260 | 08/14/2013 | $19,914.02 |
| | | | **$19,914.02** |
| JASPER-NEWTON ELECTRIC<br>COOPERATIVE, INC.<br>812 S. MARGARET AVE.<br>KIRBYVILLE, TX  75956 | 8316 | 08/20/2013 | $4,345.33 |
| | 8392 | 09/12/2013 | $1,277.98 |
| | 8466 | 10/15/2013 | $1,369.37 |
| | | | **$6,992.68** |
| KAIZEN TECHNICAL SERVICES, LLC<br>1331 LAMAR STREET<br>SUITE 1250<br>HOUSTON, TX  77010 | 8317 | 08/20/2013 | $2,112.48 |
| | 8370 | 09/11/2013 | $2,329.24 |
| | 8516 | 10/23/2013 | $2,329.24 |
| | 8551 | 10/25/2013 | $2,167.19 |
| | | | **$8,938.15** |
| LOCKTON COMPANIES, LLC<br>5847 SAN FELIPE, SUITE 320<br>HOUSTON, TX  77057 | 8357 | 09/04/2013 | $107,403.66 |
| | 8468 | 10/15/2013 | $26,006.14 |
| | 8518 | 10/23/2013 | $12,000.00 |
| | | | **$145,409.80** |
| LOUSIANA DEPT. OF REVENUE<br>PO BOX 1231<br>BATON ROUGE, LA  70821-1231 | 82313 | 08/23/2013 | $7,657.39 |
| | 92213 | 09/22/2013 | $5,076.48 |
| | 102313 | 10/23/2013 | $4,602.36 |
| | | | **$17,336.23** |
| LYNX PRODUCTION SERVICES, INC.<br>808 PREVOST DRIVE<br>HOUMA, LA  70364 | 8262 | 08/14/2013 | $28,007.00 |
| | 8319 | 08/20/2013 | $18,741.60 |
| | 8454 | 10/10/2013 | $32,939.37 |
| | 8470 | 10/15/2013 | $25,980.00 |
| | 8519 | 10/23/2013 | $2,511.00 |
| | | | **$108,178.97** |
| MARIAN L PYLE<br>PO BOX 66773<br>BATON ROUGE, LA  70896 | 10943 | 08/29/2013 | $3,404.09 |
| | 11156 | 09/25/2013 | $3,444.78 |
| | 11341 | 10/25/2013 | $3,426.83 |
| | | | **$10,275.70** |
| MATT HORN<br>141 FM 82 E<br>CALL, TX  75933 | 8321 | 08/20/2013 | $11,475.00 |
| | | | **$11,475.00** |
| MCLINDON EXPLORATION, LLC<br>321 ROSEDOWN WAY<br>MANDEVILLE, LA  70471-8224 | 8322 | 08/20/2013 | $22,756.30 |
| | 8445 | 10/04/2013 | $21,327.02 |
| | | | **$44,083.32** |
| MERIT OILFIELD SERVICES, LTD.<br>P. O. BOX 244<br>HUMBLE, TX  77347 | 8264 | 08/14/2013 | $1,552.00 |
| | 8371 | 09/11/2013 | $2,216.97 |
| | 8523 | 10/23/2013 | $9,117.88 |
| | | | **$12,886.85** |
| MICHAEL J. BROUSSARD<br>LAND SERVICES, INC.<br>P.O. BOX 53633<br>LAFAYETTE, LA  70505-3633 | 8372 | 09/11/2013 | $4,788.49 |
| | 8524 | 10/23/2013 | $6,489.21 |
| | | | **$11,277.70** |

## Statement of Financial Affairs - Exhibit 3b

## Goldking Onshore Operating, LLC   13-37201

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| MORTON COHN<br>800 BERING, STE 210<br>HOUSTON, TX  77057-2130 | 10807 | 08/29/2013 | $4,431.99 |
| | 11103 | 09/25/2013 | $460.81 |
| | 11204 | 10/25/2013 | $4,532.42 |
| | | | **$9,425.22** |
| NEWFIELD EXPLORATION COMPANY<br>ATTN MAIL CODE TREAS-HR<br>4 WATERWAY SQUARE, STE 100<br>THE WOODLANDS, TX  77380 | 10933 | 08/29/2013 | $91,763.05 |
| | 11153 | 09/25/2013 | $92,749.73 |
| | | | **$184,512.78** |
| NUTECH ENERGY ALLIANCE<br>7702 FM 1960 E<br>SUITE 300<br>HUMBLE, TX  77346 | 8266 | 08/14/2013 | $18,700.13 |
| | 8324 | 08/20/2013 | $44,661.90 |
| | 8373 | 09/11/2013 | $20,380.77 |
| | 8447 | 10/04/2013 | $19,386.04 |
| | 8549 | 10/25/2013 | $482,162.92 |
| | | | **$585,291.76** |
| ORANGE OILFIELD SUPPLY<br>P. O. BOX 309<br>ORANGEFIELD, TX  77639-0309 | 8267 | 08/14/2013 | $908.50 |
| | 8374 | 09/11/2013 | $409.92 |
| | 8529 | 10/23/2013 | $4,995.21 |
| | | | **$6,313.63** |
| P & W SERVICES, INC.<br>8366 FM 631<br>TAFT, TX  78390-9703 | 8327 | 08/20/2013 | $7,936.50 |
| | 8375 | 09/11/2013 | $6,734.00 |
| | 8400 | 09/18/2013 | $12,265.50 |
| | 8532 | 10/23/2013 | $12,910.60 |
| | | | **$39,846.60** |
| PLATINUM PRESSURE PUMPING, INC.<br>2100 W. LOOP S.,<br>SUITE 1400<br>HOUSTON, TX  77027 | 8270 | 08/14/2013 | $13,224.98 |
| | | | **$13,224.98** |
| R360 ENVIRONMENTAL SOLUTIONS<br>CNTRL/GULF COAST REGION<br>P.O. BOX 671766<br>DALLAS, TX  75267-1766 | 8272 | 08/14/2013 | $4,926.00 |
| | 8328 | 08/20/2013 | $32,422.50 |
| | 8376 | 09/11/2013 | $1,007.50 |
| | | | **$38,356.00** |
| RAILROAD COMMISSION OF TX<br>P-5 FINANCIAL ASSURANCE UNIT<br>P O BOX 12967<br>AUSTIN, TX  78711-2967 | 8235 | 08/01/2013 | $1,812.50 |
| | 8236 | 08/01/2013 | $59,737.70 |
| | 220882 | 09/24/2013 | $180,000.00 |
| | | | **$241,550.20** |
| REMEDIATION & APPLIED TECHNOLOGY<br>18014 ISLE ROYALE CT<br>HUMBLE, TX  77346 | 8401 | 09/18/2013 | $119,733.34 |
| | | | **$119,733.34** |
| SLEMCO<br>P.O. BOX  98055<br>LAFAYETTE, LA  70509-8055 | 8353 | 08/29/2013 | $2,194.00 |
| | 8448 | 10/04/2013 | $2,472.54 |
| | 8536 | 10/23/2013 | $2,360.00 |
| | | | **$7,026.54** |

**Statement of Financial Affairs - Exhibit 3b**

**Goldking Onshore Operating, LLC   13-37201**

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| SOURCE ENVIRONMENTAL | 8273 | 08/14/2013 | $8,176.25 |
| SERVICES, INC. | 8329 | 08/20/2013 | $58,676.70 |
| PO BOX 1409 | 92013 | 09/20/2013 | $49,040.00 |
| BREAUX BRIDGE, LA 70517 | 8537 | 10/23/2013 | $13,633.47 |
| | | | **$129,526.42** |
| SOUTHERN FLOW COMPANIES, INC. | 8275 | 08/14/2013 | $4,017.61 |
| P O BOX 51475 | 8428 | 09/25/2013 | $1,811.46 |
| LAFAYETTE, LA 70505-1475 | 8474 | 10/15/2013 | $5,117.16 |
| | 8538 | 10/23/2013 | $110.00 |
| | | | **$11,056.23** |
| STALLION OILFIELD CONSTRUCTION, LLC | 8276 | 08/14/2013 | $9,515.70 |
| P.O. BOX 1486 | | | |
| HOUSTON, TX 77251-1486 | | | **$9,515.70** |
| STATE OF TEXAS | 80513 | 08/05/2013 | $22,330.99 |
| GENERAL LAND OFFICE | 81413 | 08/14/2013 | $40,799.39 |
| 777 WALKER STREET, #2500 | 90413 | 09/04/2013 | $21,146.30 |
| HOUSTON, TX 77002 | 91313 | 09/13/2013 | $33,911.29 |
| | 100413 | 10/04/2013 | $26,230.59 |
| | 101013 | 10/11/2013 | $40,810.62 |
| | | | **$185,229.18** |
| STEPHEN G DARDAGANIAN | 10820 | 08/29/2013 | $3,021.12 |
| 6516 GREENWICH LANE | 11110 | 09/25/2013 | $3,203.97 |
| DALLAS, TX 75230 | 11215 | 10/25/2013 | $3,196.22 |
| | | | **$9,421.31** |
| SUSMAN GODFREY L.L.P. | 8547 | 10/24/2013 | $24,894.37 |
| 1000 LOUISIANA ST. | | | |
| SUITE 5100 | | | **$24,894.37** |
| HOUSTON, TX 77002 | | | |
| THE LOUISIANA LAND EXPL | 10904 | 08/29/2013 | $3,047.84 |
| 22295 NETWORK PLACE | 11143 | 09/25/2013 | $2,653.45 |
| CHICAGO, IL 60673-1222 | 11308 | 10/25/2013 | $52,111.98 |
| | | | **$57,813.27** |
| TWO SHELL PLAZA | 8292 | 08/20/2013 | $3,521.04 |
| BUSYCON PROPERTIES PARKING | 8409 | 09/25/2013 | $3,574.75 |
| P.O. BOX 731960 | | | |
| DALLAS, TX 75373-1960 | | | **$7,095.79** |
| UNITED HEALTHCARE | 8380 | 09/11/2013 | $16,633.63 |
| DEPT. CH 10151 | 8450 | 10/04/2013 | $16,633.63 |
| PALATINE, IL 60055-0151 | | | |
| | | | **$33,267.26** |
| VENCO INC. | 8333 | 08/20/2013 | $387.81 |
| PO BOX 518 | 8543 | 10/23/2013 | $6,264.10 |
| CORPUS CHRISTI, TX 78403 | | | |
| | | | **$6,651.91** |

Statement of Financial Affairs - Exhibit 3b

Goldking Onshore Operating, LLC   13-37201

| Claimant | Check Number | Check Date | Check Amount |
|---|---|---|---|
| WALTER OIL & GAS CORPORATION | 10994 | 08/29/2013 | $3,026.13 |
| 1100 LOUISIANA, STE 200 | 11168 | 09/25/2013 | $14,221.81 |
| HOUSTON, TX  77002-5299 | 11391 | 10/25/2013 | $20,065.70 |
| | | | **$37,313.64** |
| WESLEY EATON LAWRENCE FAMILY, LLC | 8239 | 08/08/2013 | $40,000.00 |
| 5050 WEAVER ROAD | | | |
| ELLENSBURG, WA  98926 | | | **$40,000.00** |
| WESLEY PURDY BOAT COMPANY | 8326 | 08/20/2013 | $23,193.55 |
| PO BOX 369 | 8426 | 09/25/2013 | $23,193.55 |
| ROCKPORT, TX  78381 | 8457 | 10/10/2013 | $10,928.00 |
| | 8472 | 10/15/2013 | $23,193.55 |
| | | | **$80,508.65** |
| WHITE OAK ENERGY VI, LLC | 10997 | 08/29/2013 | $41,982.97 |
| 12941 NORTH FREEWAY | 11170 | 09/25/2013 | $36,490.74 |
| SUITE 550 | 11397 | 10/25/2013 | $44,439.86 |
| HOUSTON, TX  77060 | | | |
| | | | **$122,913.57** |
| WHITE OAK OPERATING CO., LLC | 8281 | 08/14/2013 | $5,822.71 |
| 12941 N FREEWAY, SUITE 550 | 8334 | 08/20/2013 | $8,386.83 |
| HOUSTON, TX  77060 | 8451 | 10/04/2013 | $4,421.54 |
| | | | **$18,631.08** |
| WHITING OIL AND GAS CORP | 10998 | 08/29/2013 | $43,131.39 |
| 1700 BROADWAY, STE 2300 | 11171 | 09/25/2013 | $48,321.03 |
| DENVER, CO  80290 | 11398 | 10/25/2013 | $48,823.24 |
| | | | **$140,275.66** |

**Grand Total:  79**                                                     **$4,499,785.20**

**Statement of Financial Affairs - Exhibit 3c**

**Goldking Onshore Operating, LLC   13-37201**

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|---|---|---|---|---|
| EDWARD J. HEBERT | CHIEF EXECUTIVE OFFICER | 11/08/2012 | $634.70 | EXPENSE REIMBURSEMENT |
| | | 11/15/2012 | $7,916.67 | SALARY |
| | | 11/30/2012 | $7,916.67 | SALARY |
| | | 12/10/2012 | $436.76 | EXPENSE REIMBURSEMENT |
| | | 12/14/2012 | $7,916.67 | SALARY |
| | | 12/31/2012 | $8,709.09 | SALARY |
| | | 01/15/2013 | $7,916.67 | SALARY |
| | | 01/31/2013 | $11,570.38 | SALARY |
| | | 02/15/2013 | $7,916.67 | SALARY |
| | | 02/28/2013 | $7,916.67 | SALARY |
| | | 03/15/2013 | $7,916.67 | SALARY |
| | | 03/29/2013 | $7,916.67 | SALARY |
| | | 04/12/2013 | $1,115.79 | EXPENSE REIMBURSEMENT |
| | | 04/15/2013 | $7,916.67 | SALARY |
| | | 04/24/2013 | $424.06 | EXPENSE REIMBURSEMENT |
| | | 04/30/2013 | $7,916.67 | SALARY |
| | | 05/10/2013 | $368.30 | EXPENSE REIMBURSEMENT |
| | | 05/15/2013 | $7,916.67 | SALARY |
| | | 05/31/2013 | $7,916.67 | SALARY |
| | | 06/11/2013 | $313.87 | EXPENSE REIMBURSEMENT |
| | | 06/14/2013 | $7,916.67 | SALARY |
| | | 06/28/2013 | $7,916.67 | SALARY |
| | | 07/15/2013 | $7,916.67 | SALARY |
| | | 07/31/2013 | $7,916.67 | SALARY |
| | | 08/15/2013 | $7,916.67 | SALARY |
| | | 08/30/2013 | $7,916.67 | SALARY |
| | | 09/13/2013 | $7,916.67 | SALARY |
| | | 09/30/2013 | $7,916.67 | SALARY |
| | | 10/15/2013 | $7,916.67 | SALARY |
| | | 10/31/2013 | $7,916.67 | SALARY |
| | | | **$197,739.69** | |

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|---|---|---|---|---|
| JAMES L. ANHAISER | SENIOR VICE PRESIDENT - OPERATIONS | 11/15/2012 | $7,833.33 | SALARY |
| | | 11/29/2012 | $961.54 | EXPENSE REIMBURSEMENT |
| | | 11/30/2012 | $7,833.33 | SALARY |
| | | 12/14/2012 | $7,833.33 | SALARY |
| | | 12/31/2012 | $7,833.33 | SALARY |
| | | 01/15/2013 | $7,833.33 | SALARY |
| | | 01/30/2013 | $2,483.39 | EXPENSE REIMBURSEMENT |
| | | 01/31/2013 | $7,833.33 | SALARY |
| | | 02/15/2013 | $7,833.33 | SALARY |
| | | 02/28/2013 | $7,833.33 | SALARY |
| | | 03/15/2013 | $7,833.33 | SALARY |
| | | 03/29/2013 | $7,833.33 | SALARY |
| | | 04/15/2013 | $7,833.33 | SALARY |
| | | 04/24/2013 | $4,714.24 | EXPENSE REIMBURSEMENT |
| | | 04/30/2013 | $7,833.33 | SALARY |
| | | 05/15/2013 | $7,833.33 | SALARY |
| | | 05/31/2013 | $7,833.33 | SALARY |
| | | 06/14/2013 | $7,833.33 | SALARY |
| | | 06/14/2013 | $3,457.25 | EXPENSE REIMBURSEMENT |
| | | 06/28/2013 | $7,833.33 | SALARY |
| | | 07/15/2013 | $7,833.33 | SALARY |
| | | 07/31/2013 | $7,833.33 | SALARY |
| | | 08/15/2013 | $7,833.33 | SALARY |
| | | 08/30/2013 | $7,833.33 | SALARY |
| | | 09/13/2013 | $7,833.33 | SALARY |
| | | 09/30/2013 | $7,833.33 | SALARY |
| | | 10/15/2013 | $7,833.33 | SALARY |
| | | 10/23/2013 | $1,660.51 | EXPENSE REIMBURSEMENT |
| | | 10/31/2013 | $7,833.33 | SALARY |
| | | | **$201,276.85** | |
| JAMES R. WIBLE | FORMER SENIOR VICE PRESIDENT - DRILLING & OPERATIONS | 11/15/2012 | $10,000.00 | SALARY |
| | | 11/30/2012 | $10,000.00 | SALARY |
| | | 12/14/2012 | $10,000.00 | SALARY |
| | | 12/31/2012 | $10,000.00 | SALARY |
| | | 01/15/2013 | $11,999.54 | SALARY |
| | | 02/22/2013 | $40,000.00 | SEVERENCE |
| | | 02/22/2013 | $2,095.14 | EXPENSE REIMBURSEMENT |
| | | | **$94,094.68** | |
| LEONARD C. TALLERINE, JR. | FORMER PRESIDENT & CHIEF EXECUTIVE OFFICER | 11/01/2012 | $2,430.00 | EXPENSE REIMBURSEMENT |
| | | 11/08/2012 | $144.77 | EXPENSE REIMBURSEMENT |
| | | 11/15/2012 | $14,583.33 | SALARY |
| | | 11/15/2012 | $4,190.85 | EXPENSE REIMBURSEMENT |
| | | 11/30/2012 | $14,583.33 | SALARY |
| | | 12/14/2012 | $14,583.33 | SALARY |
| | | 12/21/2012 | $1,346.10 | SALARY |
| | | 12/31/2012 | $232.87 | SALARY |
| | | | **$52,094.58** | |

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|------|------------------------|--------------|--------|-------------|
| STEVE J. VENTURATOS | FORMER SENIOR VICE PRESIDENT - LAND & MARKETING | 11/08/2012 | $3,963.61 | EXPENSE REIMBURSEMENT |
| | | 11/15/2012 | $9,958.33 | SALARY |
| | | 11/30/2012 | $9,958.33 | SALARY |
| | | 12/10/2012 | $2,795.35 | EXPENSE REIMBURSEMENT |
| | | 12/14/2012 | $9,958.33 | SALARY |
| | | 12/31/2012 | $11,099.23 | SALARY |
| | | 01/15/2013 | $9,958.33 | SALARY |
| | | 01/31/2013 | $13,635.11 | SALARY |
| | | 02/15/2013 | $9,958.33 | SALARY |
| | | 02/22/2013 | $2,217.39 | EXPENSE REIMBURSEMENT |
| | | 02/28/2013 | $9,958.33 | SALARY |
| | | 03/15/2013 | $9,958.33 | SALARY |
| | | 03/18/2013 | $2,609.99 | EXPENSE REIMBURSEMENT |
| | | 03/29/2013 | $9,958.33 | SALARY |
| | | 04/15/2013 | $9,958.33 | SALARY |
| | | 04/30/2013 | $9,958.33 | SALARY |
| | | 05/10/2013 | $1,581.96 | EXPENSE REIMBURSEMENT |
| | | 05/15/2013 | $9,958.33 | SALARY |
| | | 05/31/2013 | $9,958.33 | SALARY |
| | | 06/04/2013 | $1,910.09 | EXPENSE REIMBURSEMENT |
| | | 06/14/2013 | $15,473.50 | SALARY |
| | | 06/14/2013 | $1,502.30 | EXPENSE REIMBURSEMENT |
| | | | **$176,288.49** | |
| SUSMAN GODFREY L.L.P. | COUNSEL TO EDWARD HEBERT, CHIEF EXECUTIVE OFFICER OF THE DEBTORS | 04/01/2013 | $25,000.00 | PURSUANT TO INDEMNITY RIGHTS |
| | | 07/25/2013 | $18,746.04 | PURSUANT TO INDEMNITY RIGHTS |
| | | 07/25/2013 | $17,181.42 | PURSUANT TO INDEMNITY RIGHTS |
| | | 07/25/2013 | $10,319.60 | PURSUANT TO INDEMNITY RIGHTS |
| | | 10/24/2013 | $12,723.32 | PURSUANT TO INDEMNITY RIGHTS |
| | | 10/24/2013 | $8,548.57 | PURSUANT TO INDEMNITY RIGHTS |
| | | 10/24/2013 | $3,622.48 | PURSUANT TO INDEMNITY RIGHTS |
| | | | **$96,141.43** | |
| WAYZATA INVESTMENT PARTNERS, LLC | MANAGING MEMBER | 02/26/2013 | $13,670.28 | EXPENSE REIMBURSEMENT |
| | | 05/24/2013 | $8,293.02 | EXPENSE REIMBURSEMENT |
| | | 08/29/2013 | $1,952.32 | EXPENSE REIMBURSEMENT |
| | | | **$23,915.62** | |

| Name | Relationship to Debtor | Payment Date | Amount | Description |
|---|---|---|---|---|
| WHITNEY L. BELANGER | FORMER SENIOR VICE PRESIDENT - RESERVOIR ENGINEERING | 11/15/2012 | $10,885.25 | SALARY |
| | | 11/30/2012 | $10,885.25 | SALARY |
| | | 12/14/2012 | $10,885.25 | SALARY |
| | | 12/31/2012 | $10,885.25 | SALARY |
| | | 01/15/2013 | $10,885.25 | SALARY |
| | | 01/31/2013 | $10,885.25 | SALARY |
| | | 02/15/2013 | $10,885.25 | SALARY |
| | | 02/28/2013 | $10,885.25 | SALARY |
| | | 03/15/2013 | $10,885.25 | SALARY |
| | | 03/29/2013 | $10,885.25 | SALARY |
| | | 04/15/2013 | $10,885.25 | SALARY |
| | | 04/30/2013 | $19,929.99 | EXPENSE REIMBURSEMENT |
| | | 04/30/2013 | $10,885.25 | SALARY |
| | | 05/14/2013 | $28,910.93 | EXPENSE REIMBURSEMENT |
| | | 05/15/2013 | $10,885.25 | SALARY |
| | | 05/28/2013 | $2,254.01 | EXPENSE REIMBURSEMENT |
| | | 05/31/2013 | $2,855.66 | SALARY |
| | | 06/04/2013 | $2,745.23 | EXPENSE REIMBURSEMENT |
| | | | **$198,204.07** | |

**Grand Total:  8**                                        **$1,039,755.41**