UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-37201 |
| GOLDKING ONSHORE OPERATING | § | |
| | § | |
| Debtor | § | CHAPTER 11 |
| | § | |

## NOTICE OF PLAN DEFAULT

**COME NOW HARRIS COUNTY, ET AL AND JASPER COUNTY** (the "Taxing Authorities") secured creditor in the above-numbered and styled bankruptcy case, and files this **Notice of Plan Default**, and in support thereof would show the Court as follows:

1. The Debtor defaulted under the terms of the Order Confirming Third Amended Plan by failing to pay the claims filed on behalf of Harris County, et al in the amount of $2,977.98 and Jasper County in the amount of $29,062.46.

2. A copy of the Third Amended Plan, Default Notices and Amortization Schedules are attached hereto as Exhibit 1, Exhibit 2 and Exhibit 3. As of this date, the Debtor has failed to cure the defaults.

3. Harris County, et al and Jasper County intend to exercise their full rights pursuant to state law without further notice and file this **Notice of Plan Default.**

Date:  June 30, 2016

                                              Respectfully submitted,

                                              LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

                                              */s/John P. Dillman*
                                              JOHN P. DILLMAN
                                              Texas State Bar No. 05874400
                                              TARA L. GRUNDEMEIER
                                              Texas State Bar No. 24036691
                                              Post Office Box 3064
                                              Houston, Texas 77253-3064
                                              (713) 844-3478 Phone
                                              (713) 844-3503 Fax
                                              *Counsel for Ad Valorem Taxing Authorities*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Notice of Plan Default** was served via electronic means, unless not available, otherwise by regular United States Mail, first class, postage fully prepaid, on June 30, 2016 to the parties listed below and per court's mailing matrix as attached.

Debtor
Goldking Onshore Operating
2 Allen Center
1200 Smith St, Ste.1600
Houston, Texas 77002

Attorney for Debtor
Robert S. Brady
1000 North King St
Wilmington, DE 19801

Office of the United States Trustee
US Trustee
844 King St, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Respectfully submitted,

**Linebarger Goggan Blair & Sampson, LLP**

*/s/ John P. Dillman*
JOHN P. DILLMAN
Texas State Bar No. 05874400
TARA L. GRUNDEMEIER
Texas State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Phone
(713) 844-3503 Fax
*Counsel for Ad Valorem Taxing Authorities*

```
Label Matrix for local noticing          BP America Production Company         Epiq Bankruptcy Solutions LLC
0541-4                                    c/o C. Davin Boldissar                www.epiqsystems.com
Case 13-37201                             Locke Lord LLP                        757 Third Ave
Southern District of Texas                601 Poydras St.                       Third Floor
Houston                                   Suite 2660                            New York, NY 10017-2013
Thu Jun 30 10:56:42 CDT 2016              New Orleans, LA 70130-6032

(c)GOLDKING ONSHORE OPERATING, LLC        Texas Comptroller of Public Accounts  US Trustee 11
811 LOUISIANA ST STE 2500                 Jason Starks                          Office of the US Trustee
HOUSTON TX  77002-1401                    c/o Sherri K.Simpson, Paralegal       515 Rusk Ave
                                          P.O. Box 12548                        Ste 3516
                                          Austin, TX 78711-2548                 Houston, TX 77002-2604


4                                         AL 'CHIP' Loomis                      Aransas County
United States Bankruptcy Court            108 East Loomis, III                  c/o Diane W. Sanders
PO Box 61010                              108 E. 81st Street, Suite 1A          Linebarger Goggan Blair & Sampson, LLP
Houston, TX 77208-1010                    New York NY 10028-1448                P.O. Box 17428
                                                                                Austin, TX 78760-7428


BP America Production Company             Baker & Hostetler, LLP                CPL Retail Energy LLC
c/o Locke Lord LLP                        ATTN: Pamela Gale Johnson             PO Box 180
601 Poydras St., Suite 2660               811 Main Street, Suite 1100           Tulsa OK  74101-0180
New Orleans, LA 70130-6032                Houston, TX 77002-6111


Coffing-Eastman, Inc.                     Comptroller of Public Accounts        DEI Oil & Gas, LLC
dba Shamrock Equipment Rental             c/o Office of the Attorney General    Post Office Box 53963
Michael E. Eastman                        Bankruptcy - Collections Division     Lafayette, LA 70505-3963
Coffing-Eastman, Inc.                     PO Box 12548
PO Box 367                                Austin TX  78711-2548
Devers, TX 77538-0367

DEIMI Exploration                         DPH Oil & Gas, LLC                    Frank W. Harrison, Jr.
Post Office Box 53963                     Post Office Box 80566                 Optimistic Oil Company
Lafayette, LA 70505-3963                  Lafayette, LA 70598-0566              P. O. Box 51943
                                                                                Lafayette, LA 70505-1943


Frank W. Harrison, Jr.                    GENE A. BELSOM                        Goldking Energy Corporation
Optimistic Oil Company                    2370 SCHULE ROAD                      c/o Benjamin W. Kadden
P. O. Box 51943, Lafayette, LA 70505      CROWLEY, LOUISIANA 70526-0543         Lugenbuhl, Wheaton, Peck, et al.
                                          (337) 783-8848                        601 Poydras Street, Suite 2775
                                                                                New Orleans, LA 70130-6041


HARRIS COUNTY, ET AL                      Hartford Fire Insurance Company       InterMar Products & Services, Inc.
c/o JOHN P. DILLMAN                       Bankruptcy Unit, T-1-55               ATTN: Daniel Walker, President
LINEBARGER GOGGAN BLAIR & SAMPSON LLP     Hartford Plaza                        251 Medical Center Blvd., Suite 240
P.O. BOX HOUSTON, TX 77253-3064           Hartford, CT 06115                    Webster, TX 77598-4242
(713) 844-3400


Joseph V. Crochet                         Lynco Well Service Inc                Mark G. Kalpakis Irrevocable Trust
2708 K St.                                c/o Peter J. Bambace                  c/o Forshey & Prostok, LLP
Houma, LA 70364-1942                      1010 Lamar, Suite 1100                Attn:  Clarke V. Rogers
                                          Houston, TX 77002-6314                777 Main St., Suite 1290
                                                                                Fort Worth, TX 76102-5316


Michael P. Maraist                        Mills Energy, LLC                     Newpark Environmental Services, LLC
PO Box 80673                              P. O. Box 52592                       c/o Zachary S. McKay
Lafayette, LA 70598-0673                  Lafayette, LA 70505-2592              Dore' Law Group, P.C.
                                                                                17171 Park Row, Suite 160
                                                                                Houston, Texas 77084-4927
```

| | | |
|---|---|---|
| ORC Oil & Gas Company<br>228 St. Charles Avenue, Suite 902<br>New Orleans, LA 70130-2609 | Optimistic Energy, L.L.C.<br>200 Audubon Blvd., Bldg. 28<br>Lafayette, LA 70503-2609 | Optimistic Oil Company<br>c/o Frank W. Harrison, Jr.<br>P. O. Box 51943<br>Lafayette, LA 70505-1943 |
| Paul V Culotta<br>15203 Rose Cottage Dr<br>Houston, TX 77069-2039 | Pioneer Wireline Services, LLC<br>c/o Zachary S. McKay<br>Dore' Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, Texas 77084-4927 | Premium Oilfield Services, LLC<br>c/o Holly Hernandez, VP Finance<br>547 Vincent Road<br>Lafayette, LA 70508-7735<br>(337) 451-6880 |
| R. Dean Williams Irrevocable Trust<br>c/o Forshey & Prostok, LLP<br>Attn: Clarke V. Rogers<br>777 Main St., Suite 1290<br>Fort Worth, TX 76102-5316 | Roywell Services, Inc.<br>P. O. Box 1329<br>Bellaire, Texas 77402-1329<br>(713) 661-4747 | Russo Exploration, LLC<br>Post Office Box 548<br>Broussard, LA 70518-0548 |
| Stallion Oilfield Construction, LLC<br>c/o Zachary S. McKay<br>Dore' Law Group, P.C.<br>17171 Park Row, Suite 160<br>Houston, Texas 77084-4927 | TIW CORPORATION<br>Attn: Susan Nash<br>P.O. Box 35729<br>Houston, TX 77235-5729 | Wayzata Opportunities Fund II, LP<br>c/o John F. Higgins<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 |
| Western Wylie #1<br>15441 Knoll Trail, Suite 290, LB #2<br>Dallas, TX 75248-7066 | Whitney Louis Belanger<br>c/o Sheller Law Firm, P.L.L.C.<br>810 Waugh Drive, 2nd Floor<br>Houston, Texas 77019-2013 | Whitney Louis Belanger, Jr.<br>c/o The Sheller Law Firm, P.L.L.C.<br>810 Waugh, 2nd Floor<br>Houston, Texas 77019-2013 |
| Patrick L Hughes<br>Haynes & Boone LLP<br>1221 McKinney<br>Suite 2100<br>Houston, TX 77010-2020 | Robert S Brady<br>Young Conaway Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801-3335 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Goldking Onshore Operating, LLC
777 Walker Street, Suite 2500
Houston, TX 77002


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Goldking Energy Corporation | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     1<br>Total                   47 |